USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- X

UNITED STATES OF AMERICA,

-against-

HASWANI TYSON,

Defendant.

----------------------------------------------------------------- X

15-CR-537 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that an in-person sentencing hearing is scheduled for **July 30, 2020, at 12:00 P.M.** Any and all interested persons may attend via audio by dialing 1-888-363-4749, using the access code 3121171 and the security code 0537.

**SO ORDERED.**

Date: July 27, 2020
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**